# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Jeffrey Miles Keeran,

    Plaintiff,

        v.                                  Case No.  1:07cv351

Warren County Sherriffs Office, *et al.*,        Judge Michael R. Barrett

    Defendants.

## ORDER

    This matter is before the Court on the Magistrate Judge's Report and Recommendation filed October 17, 2007 (Doc. 5).

    Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner.  See United States v. Walters, 638 F.2d 947 (6th Cir. 1981).  No objections to the Magistrate Judge's Report and Recommendation have been filed.

    Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, the Court finds the Magistrate Judge's Report and Recommendation to be correct.

    Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** in its entirety for lack of prosecution.  This action is closed.

    **IT IS SO ORDERED.**

                                                    *S/Michael R. Barrett*

bac    November 8, 2007                        Michael R. Barrett, Judge
                                                      United States District Court